# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tony Buck,<br><br>        Movant/Defendant,<br><br>v.<br><br>United States of America,<br><br>        Respondent/Plaintiff. | No. CV-16-02018-PHX-SRB (BSB)<br>CR-95-00386-PHX-SRB<br>**ORDER** |

On November 17, 2016, the Magistrate Judge issued her Report and Recommendation recommending that the Government's Motion to Stay Further Proceedings on the Motion to Vacate Sentence be granted. In the Report and Recommendation, the Magistrate Judge advised the parties that they had fourteen days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has expired and no objections to the Report and Recommendation have been filed.

The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

**IT IS ORDERED** adopting the Report and Recommendation of the Magistrate Judge as the Order of this Court.

**IT IS FURTHER ORDERED** granting the Government's Motion to Stay Further Proceedings on the Motion to Vacate Sentence pending the Supreme Court's decision in *Dimaya v. Lynch*, 803 F.3d 1110 (9th Cir. 2015), *cert granted*, ____S.Ct. ____, 2016 WL 3232911 (Sept. 29, 2016).  (Doc. 7)

Dated this 7th day of December, 2016.

_____
Susan R. Bolton
United States District Judge