# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Tony Buck,

    Movant/Defendant,

v.

United States of America,

    Respondent/Plaintiff.

No. CV-16-02018-PHX-SRB
CR-95-00386-PHX-SRB

**ORDER**

Movant, Tony Buck, filed an Amended Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 on July 11, 2016. The United States filed its response in opposition on May 29, 2018. Movant filed a reply on June 25, 2018.

The Magistrate Judge filed her Report and Recommendation on November 1, 2018 recommending that Movant's Amended Motion to Vacate, Set Aside, or Correct Sentence be denied. In the Report and Recommendation, the Magistrate Judge advised the parties that they had fourteen days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has expired and no objections to the Report and Recommendation have been filed.

The Court finds itself in agreement with the Report and Recommendation of the

Magistrate Judge.

**IT IS ORDERED** adopting the Report and Recommendation of the Magistrate Judge as the Order of this Court. (Doc. 17)

**IT IS FURTHER ORDERED** denying Movant's Amended Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255.

**IT IS FURTHER ORDERED** denying a Certificate of Appealability and leave to proceed in forma pauperis on appeal because Movant has not made a substantial showing of the denial of a constitutional right.

**IT IS FURTHER ORDERED** directing the Clerk to enter judgment accordingly.

Dated this 21st day of November, 2018.

_____
Susan R. Bolton
United States District Judge